UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No. 10-14162-CIV-GRAHAM/LYNCH

**CLOSED CIVIL CASE**

VERO TECHNICAL SUPPORT, INC.,

    Plaintiff,

vs.

U.S. DEPARTMENT OF DEFENSE, et.al.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon Defendant's Motion to Dismiss [D.E. 15] and Plaintiff's Applications for Temporary Restraining Order [D.E. 25] and for Preliminary Injunction [D.E. 3].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Frank J. Lynch pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 7, 27]. Judge Lynch issued a Report and Recommendation [D.E. 29] recommending that Defendants' Motion to Dismiss be granted for lack of subject matter jurisdiction and that Plaintiff's applications for temporary restraining order and preliminary injunction be denied without prejudice. Plaintiff has filed objections to the report.

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Based thereon, it

is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report [D.E. 29] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss [D.E. 15] is **GRANTED**. This matter is dismissed for lack of subject matter jurisdiction. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Applications for Temporary Restraining Order [D.E. 25] and Preliminary Injunction [D.E. 3] is **DENIED without prejudice**. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of August, 2010.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Judge Frank J. Lynch